**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thaddeus BATTLE, Defendant–**
**Appellant.**

**No. 12–11293**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 5, 2012.

Herbert Stanley Lindsey, Pamela C. Marsh, Karen E. Rhew–Miller, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, Thaddeus Battle, Oklahoma City, OK, for Defendant–Appellant.

Before DUBINA, Chief Judge, TJOFLAT and KRAVITCH, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Thaddeus Battle in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Battle's conviction and sentence are **AFFIRMED.**